UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20161-CR-King/Garber

UNITED STATES OF AMERICA,

v.

FRANCISCO AVILA-ONA and
REIMAR SIERRA,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge James Lawrence King. Upon due consideration, it is hereby

**ORDERED that a changes of plea hearing as to defendants Avila-Ona and Sierra shall be held before the undersigned on Monday, the 26th day of July, 2010, at 2:00 P.M. in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132. Sentencing is scheduled for Thursday, October 20, 2010, at 10:00 A.M. in Courtroom 11, Eleventh Floor, in the James Lawrence King Federal Justice Building before United States District Judge James Lawrence King.**

DONE AND ORDERED in Chambers at Miami, Florida this 21st day of July, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE