UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20161-CR-King/Garber

UNITED STATES OF AMERICA,

v.

FRANCISCO AVILA-ONA and
REIMAR SIERRA,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge James Lawrence King.  Counsel requested a change of time for the hearing as previously scheduled.  Upon due consideration, it is hereby

ORDERED that the change of plea hearing as to defendants Avila-Ona and Sierra shall be held before the undersigned on **Monday, the 26th day of July, 2010, at 11:00 A.M.** in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132.  Sentencing is scheduled for Thursday, October 20, 2010, at 10:00 A.M. in Courtroom 11, Eleventh Floor, in the James Lawrence King Federal Justice Building before United States District Judge James Lawrence King.

DONE AND ORDERED in Chambers at Miami, Florida this 22nd day of July, 2010.

                                                                         BARRY L. GARBER
                                                                         UNITED STATES MAGISTRATE JUDGE